```
UNITED STATES DISTRICT COURT                          FILED
EASTERN DISTRICT OF NEW YORK                          CLERK
------------------------------------------------------------------X
                                                      11/3/2015 3:40 pm
MICHAEL BLAYLOCK, CC# 15002520,
                                                      U.S. DISTRICT COURT
                    Plaintiff,                        EASTERN DISTRICT OF NEW YORK
                                                      LONG ISLAND OFFICE
          -against-                                   ORDER
                                                      15-CV-4897(SJF)(SIL)
COUNTY OF NASSAU, ARMOR CORRECTIONAL
HEALTH OF NEW YORK, INC., JOSE ARMAS, M.D.,
and CHILDA MARGOS, M.D.,

                    Defendants.
------------------------------------------------------------------X
FEUERSTEIN, District Judge:
```

On August 17, 2015, incarcerated *pro se* plaintiff Michael Blaylock ("plaintiff") commenced this civil rights action pursuant to 28 U.S.C. § 1983 ("Section 1983") against defendants County of Nassau ("Nassau"), Armor Correctional Heath of New York, Inc. ("Armor"), Jose Armas, M.D. ("Dr. Armas"), and Childa Margos, M.D. ("Dr. Margos") (collectively, "defendants"), accompanied by an application to proceed *in forma pauperis*. Since plaintiff's financial status, as set forth in his declaration in support of his application to proceed *in forma pauperis*, qualifies him to commence this action without prepayment of the filing fees, s*ee* 28 U.S.C. § 1915(a)(1), plaintiff's application to proceed *in forma pauperis* is granted. The Clerk of the Court is directed: (1) to forward copies of the summonses, the complaint, the Notice of Hearing dated November 3, 2015 and this Order to the United States Marshal Service for service upon defendants without prepayment of fees; and (2) to mail copies of this Order and the Notice of Hearing dated November 3, 2015 to the *pro se* plaintiff at both his

last known address and the Wyoming Correctional Facility, P.O. Box 501, Attica, New York 14011-0501, and record such service on the docket.

**SO ORDERED**.

                                                                _____/s/_____
                                                                   Sandra J. Feuerstein
                                                                   United States District Judge

Dated: November 3, 2015
       Central Islip, New York